UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIS BLAKE,<br><br>             Plaintiff,<br><br>      v.<br><br>BRANDON SILBER, et al.,<br><br>             Defendants. | Case No.: 2:24-cv-00200-MMD-DJA<br><br>**ORDER** |

On January 29, 2024, pro se plaintiff Javis Blake, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis* ("IFP"). (ECF Nos. 1-1, 1). Plaintiff's IFP application is incomplete because he failed to include a financial certificate and an inmate trust fund account statement for the previous six-month period with it. Plaintiff, however, filed a motion seeking to extend the deadline for him to file his missing financial documents, arguing they are delayed because of prison staffing issues. (ECF No. 1-2). Plaintiff also states that he is scheduled to be released from prison on February 14, 2024. (*Id.* at 2). The Court grants Plaintiff's motion and extends the deadline for him to either pay the full filing fee or properly apply for *in forma pauperis* status depending on his circumstances.

**I.     DISCUSSION**

This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. L.R. LSR 1-1. For a non-inmate to apply for *in forma pauperis* status, he or she must submit an application to proceed *in forma pauperis* on the Court's approved form for non-inmates. But for an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages

1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. See 28 U.S.C. § 1915(a)(1)–(2); Nev. L.R. LSR 1-2.

## II. CONCLUSION

It is therefore ordered that Plaintiff's motion for an extension of time (ECF No. 1-2) is granted.

It is further ordered that Plaintiff has **until April 8, 2024**, to either pay the full $405 filing fee or file with the Court a completed financial certificate that is signed both by the inmate and the prison or jail official and a copy of the inmate's trust fund account statement for the previous six-month period; or, alternatively if Plaintiff has been released from custody, file with the Court a completed application to proceed in forma pauperis for non-inmates.

Plaintiff is cautioned that under Nevada Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." "The notification must include proof of service on each opposing party or the party's attorney." Nev. L.R. IA 3-1. And "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Id.

Plaintiff is further cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can file a complete application to proceed in forma pauperis or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Javis Blake (1) the approved form application to proceed in forma pauperis for an inmate and instructions for the same and (2) the approved form application to proceed in forma pauperis for non-inmates and instructions for the same.

The Clerk of the Court is further directed to retain the complaint (ECF No. 1-1) but not file it at this time.

DATED this 6th day of February 2024.

_____
UNITED STATES MAGISTRATE JUDGE